```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: February 15, 2011
```


_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-23865

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Shen-Wen Ho<br>    Debtors.<br>_____<br>CitiMortgage, Inc.<br>    Movant,<br>  vs.<br>Shen-Wen Ho<br>Debtors; Jill H. Ford, Trustee.<br>    Respondents. | No. 2:10-bk-26313-SSC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #17)<br><br>Hearing Date: December 15, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 13, 2006, and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Shen-Wen Ho have an interest in, further described as:

    LOT 59, COOPER COMMONS II-PARCEL 6, ACCORDING TO BOOK 504 OF MAPS, PAGE 23, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.